IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERAMIA WHITE, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV164 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KELLOGG COMPANY, and THE BAKERY, CONFECTIONARY, TOBACCO WORKERS & GRAIN MILLERS INTERNATIONAL UNION, LOCAL NO. 50 G, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon plaintiff's Motion for Leave to File Second Amended Complaint (Motion) (Filing No. 10).  The plaintiff represents the defendants do not object to this Motion.  Accordingly,

**IT IS ORDERED:**

1. The plaintiff's Motion for Leave to File Second Amended Complaint (Filing No. 10) is granted.

2. The plaintiff shall have until **July 16, 2012**, to file the second amended complaint.

DATED this 9th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge