# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERAMIA WHITE,<br><br>**Plaintiff,**<br><br>vs.<br><br>**KELLOGG COMPANY and LOCAL 50 G BAKERY, CONFECTIONARY, TOBACCO WORKERS & GRAIN MILLERS INTERNATIONAL UNION,**<br><br>**Defendants.** | **8:12CV164**<br><br>**ORDER** |

Upon notice of successful mediation given to the magistrate judge on January 16, 2013, by Terry A. White, attorney for the plaintiff,

**IT IS ORDERED that**:

1.    **On or before March 4, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.    Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.    The planning conference previously scheduled is cancelled.  Additionally the defendants' Motions to Amend Answer to Amended Complaint and Add Affirmative Defense (Filing Nos. 40 and 41) are terminated as moot.

Dated this 16th day of January, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge