IN THE U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JERAMIA WHITE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLOGG COMPANY, and THE BAKERY, CONFECTIONARY, TOBACCO WORKERS & GRAIN MILLERS INTERNATIONAL UNION, LOCAL NO. 50 G,<br><br>　　　　　Defendants. | Case No. 8:12-CV164<br><br>**ORDER OF DISMISSAL** |

　　The parties have informed the Court there has been a mutually agreeable settlement as a result of mediation in this case. The parties have moved for dismissal and stipulated to the terms of a joint dismissal, with prejudice.

　　Jeramia White, plaintiff in this matter, is also a party to Bankruptcy Court proceeding *In re Jeramia L. White,* Case No. 11-81311-TLS. Mr. White informed the Bankruptcy Court of the settlement and the Bankruptcy Court provided creditors until March 1, 2013, to object. (Bkr. Ct Filings Nos. 68, 69, 70) No objections were filed.

　　WHEREFORE, the Court orders as follows:

　　1.  This matter should be and is dismissed, with prejudice. Fed. R. Civ. P. 41(a)(1).

　　2.  Each of the parties is to bear its own attorney fees and costs.

DATE: March 6, 2013.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Batallion
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge